SAUNDERS v. EDENTON OB/GYN CTR.

No. 469A99

Case below: 134 N.C.App. 733

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 2 December 1999.

SHUGART v. VESTAL

No. 471P99

Case below: 134 N.C.App. 733

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 December 1999.

STATE v. EVERHART

No. 482P99

Case below: 123 N.C.App. 358

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 December 1999.

STATE v. JONES

No. 347A99

Case below: 133 N.C.App. 448

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 2 December 1999. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question denied 2 December 1999.

STATE v. LEGRANDE

No. 215A96-4

Case below: 351 N.C. 115

Petition by defendant pro se to rehear the denial of petitions by this Court on 4 November 1999 dismissed 2 December 1999.